```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRICIA LEWIS,

                Plaintiff,

-against-

CVS ALBANY, LLC,

                Defendant.

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**1:21-CV-7556 (JFK)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for general pretrial supervision purposes (Doc. No. 5).

A Case Management Conference will be held on **Thursday, January 27, 2022 at 11:45 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: December 1, 2021
        New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge