```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRICIA LEWIS,<br><br>      Plaintiff,<br><br>-against-<br><br>CVS ALBANY, LLC,<br><br>      Defendant. | **ORDER CONVERTING CASE MANAGEMENT CONFERENCE TO TELEPHONIC**<br><br>1:21-CV-7556 (JFK)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  The Case Management Conference in this matter scheduled for **Thursday, January 27, 2022, at 11:45 a.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

SO ORDERED.

Dated: January 6, 2022
     New York, New York

                     */s/ Katharine H. Parker*
                     KATHARINE H. PARKER
                     United States Magistrate Judge