```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRICIA LEWIS,

               Plaintiff,

-against-

CVS ALBANY, LLC,

               Defendant.

**ORDER**

1:21-CV-7556 (JFK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A Case Management Conference was held on January 27, 2022, where the Court ordered the parties' to submit a joint status report providing an update on discovery by February 28, 2022.

SO ORDERED.

Dated:   January 27, 2022
           New York, New York

                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge