USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRICIA LEWIS,

                Plaintiff,

    -against-

CVS ALBANY, LLC,

               Defendant.

**ORDER**

**1:21-CV-7556 (JFK)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Court is in receipt of the parties status report. A Case Management Conference is scheduled for June 14, 2022 at 10:00 a.m. in Courtroom 17-D, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:    March 1, 2022
               New York, New York

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge