UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        Lewis

         -V-

        CVS

------------------------------X

#21 Cv 7556 (JFK)

The conference in this case is adjourned from June 22, 2022 to **Wednesday, August 24, 2022 at 11:15 a.m. in Courtroom 20-C**

SO ORDERED.

Dated:   New York, New York

     6-13-22

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-22

JOHN F. KEENAN
United States District Judge