UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Tricia Lewis

-v-

CVS Albany, LLC

------------------------------------X

# 21-cv-7556 (JFK)

The conference in this case is adjourned from August 24, 2022 to October 24, 2022 at 11:00 a.m. in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

8-4-22

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-22