UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| TRICIA LEWIS, | : | 21-Cv-7556 (SHS) |
| Plaintiff, | : | |
| -v- | | ORDER |
| | : | |
| CVS ALBANY, LLC, | | |
| | : | |
| Defendant. | | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    This action was reassigned to this Court on September 7 from Judge Keenan's docket.

    IT IS HEREBY ORDERED that the conference scheduled by Judge Keenan for October 24 remains, and will be held at 4:30 p.m. in Courtroom 23A.

Dated: New York, New York
       September 8, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.