UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRICIA LEWIS,

              Plaintiff,

v.

CVS ALBANY, LLC;

              Defendant.

21-CV-7556 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    Earlier today, Magistrate Judge Katharine Parker granted the parties' joint letter motion for extension of discovery and adjournment of the settlement conference. (ECF No. 21.)

    Accordingly, IT IS HEREBY ORDERED that:

1. In light of the extension of the deadline for completion of discovery to December 17, 2022, and the adjournment of the settlement conference before Judge Parker to January 9, 2023, the status conference initially scheduled by Judge John Keenan for October 24, 2022 is adjourned to February 6, 2023 at 10:00 a.m. before this Court in Courtroom 23A.

Dated: New York, New York
        September 16, 2022

SO ORDERED:

*Sidney H. Stein*

Sidney H. Stein, U.S.D.J.