```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRICIA LEWIS,

              Plaintiff,

    -against-

CVS ALBANY, LLC,

             Defendant.

**ORDER**

**1:21-CV-7556 (SHS)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

As discussed at the October 19, 2022 Case Management Conference:

The discovery deadline is extended to **Tuesday, January 31, 2023**.

By **Monday, October 31, 2022**, the parties shall have scheduled all dates for IMEs, with all scheduled dates occurring by **Tuesday, December 27, 2022**. The deadline for the parties to produce IME reports is **Friday, December 30, 2022.**

By **Friday, December 30, 2022**, Plaintiff shall relay a settlement demand to Defendant. Defendant shall respond to the demand by **Friday, January 6, 2023.**

SO ORDERED.

Dated: October 19, 2022

                                                        *Katharine H. Parker*
                                                        Katharine H. Parker
                                                        United States Magistrate Judge