

January 6, 2023

Mathew P. Ross
914.872.7487 (Direct)
917.538.5664 (Cell)
mathew.ross@wilsonelser.com

**Joint Letter Motion For
Adjournment of Settlement Conference**

**Via ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2023
```

**MEMO ENDORSED**

Re:  **Tricia Lewis v. CVS Albany, LLC
Civil Action No. 1:21-cv-07556-SHS-KHP
Our File No. 23682.00001**

Dear Judge Parker:

This firm represents the defendant in the above-referenced matter and this letter motion is submitted jointly on behalf of both parties.  Pursuant to Your Honor's Order of December 7, 2022 (Document 28), the settlement conference previously scheduled for January 9, 2023, was adjourned to February 7, 2023.  As defense counsel Mathew Ross, Esq., plans to be in London the week of February 6, 2023, both parties have conferred and respectfully request that the settlement conference be moved to the following week (February 13–17, 2023) or a later date as the Court's schedule permits.

In addition, as the individual with decision making authority on behalf defendant CVS who intends to participate in the settlement conference resides in Rhode Island, defendant respectfully requests that the CVS representative be permitted to appear for the settlement conference by phone/virtually.  The parties have conferred regarding this issue as well and plaintiff's counsel has confirmed that he has no objection to the CVS representative's virtual appearance for the settlement conference, should the Court permit.

The parties otherwise intend to exchange all expert reports by January 9, 2023, in compliance with the Court's most recent directives.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London
Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia
Washington, DC • West Palm Beach • White Plains

wilsonelser.com

278805739v.1



- 2 -

Should the Court require additional information or wish to discuss this matter further, please contact the parties. Thank you for your time and consideration.

Respectfully submitted,

By: */s/ Mathew Ross*
*Mathew Ross, Esq.*
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
*Attorneys for Defendant*
*1133 Westchester Avenue*
*White Plains, New York 10604*
*(914) 323-7000*

By: */s/ Christopher Gladd*
*Christopher Gladd, Esq.*
**NAPOLI SHKOLNIK PLLC**
*Attorneys for Plaintiff*
*400 Broadhollow Road*
*Melville, New York, 11747*
*(212) 397-1000*

278805739v.1

---

**APPLICATION GRANTED:** The settlement conference scheduled on Tuesday, February 7, 2023 at 2:00 p.m. is hereby adjourned to Wednesday, February 22, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than February 15, 2023 by 5:00 p.m.
The defendant CVS representative is permitted to participate in the settlement conference by Face-time. Counsel is directed to complete the Electronic Device/Wifi Request Order posted on Judge Parker's Individual Rules.

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.
01/06/2023