

January 23, 2023

Mathew P. Ross
914.872.7487 (Direct)
917.538.5664 (Cell)
mathew.ross@wilsonelser.com

**Joint Letter Motion For
Adjournment of Status Conference**

Via ECF
Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED, p. 2**

Re:    **Tricia Lewis v. CVS Albany, LLC
Civil Action No. 1:21-cv-07556-SHS-KHP
Our File No. 23682.00001**

Dear Judge Stein:

This firm represents the defendant in the above-referenced matter and this letter motion is submitted jointly on behalf of both parties. Pursuant to Your Honor's Order of September 16, 2022 (Document 22), the status conference was adjourned to February 6, 2023. Subsequently, the settlement conference before Magistrate Judge Parker was adjourned from January 9, 2023, to February 22, 2023, pursuant to Magistrate Judge Parker's Order of January 6, 2023 (Document 30). In addition, defense counsel Mathew Ross, Esq., plans to be in London the week of February 6, 2023.

In light of the foregoing, both parties have conferred and respectfully request that the status conference before Your Honor currently scheduled for February 6, 2023, be moved to a date following the settlement conference before Magistrate Judge Parker scheduled for February 22, 2023.

Should the Court require additional information or wish to discuss this matter further, please contact the parties. Thank you for your time and consideration.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London
Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia
Washington, DC • West Palm Beach • White Plains

wilsonelser.com

279325736v.1



- 2 -

Respectfully submitted,

By: /s/ Mathew Ross
Mathew Ross, Esq.
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Attorneys for Defendant
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000

By: /s/ Christopher Gladd
Christopher Gladd, Esq.
**NAPOLI SHKOLNIK PLLC**
Attorneys for Plaintiff
400 Broadhollow Road
Melville, New York, 11747
(212) 397-1000

**The conference is adjourned to March 16, 2023, at 3:00 p.m.**

Dated: New York, New York
       **January 24, 2023**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

279325736v.1