UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRICIA LEWIS,                      :      21-Cv-7556 (SHS)

                Plaintiff,         :
    -v-                                              ORDER
                                   :
CVS ALBANY, LLC,
                                   :
                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the conference scheduled for March 16, 2023, is adjourned *sine die*.

Dated: New York, New York
       March 10, 2023

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.