UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2023

| TRICIA LEWIS, |
| --- |
| Plaintiff, |
| -against- |
| CVS ALBANY, LLC, |
| Defendant. |

**ORDER**

**1:21-CV-7556 (SHS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

As discussed at the February 22, 2023 Conference:

The deadline for expert discovery is extended to **May 31, 2023**. By **April 10, 2023**, the parties shall submit a joint status letter updating the Court on the status of discovery.

SO ORDERED.

Dated: March 21, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge